UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| WILLIAM HARRISON,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF INDIANA, et al.,<br><br>    Respondents. | No. 1:07-cv-1107-RLY-TAB |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 1/9/2008

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Betsy M. Isenberg
INDIANA STATE ATTORNEY GENERAL
Betsy.Isenberg@atg.in.gov

William Harrison
#943014
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064